DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of S.T. and X.G., children.
_____

M.G.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES, and GUARDIAN AD
LITEM PROGRAM,

Appellees.

No. 2D23-1839

_____

February 7, 2024

Appeal from the Circuit Court for Hillsborough County; Leslie Schultz-Kin, Judge.

Constance Daniels, Brandon, for Appellant.

Mary Soorus, Children's Legal Services, Tampa, for Appellee Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, for Statewide Guardian Ad Litem Office, Tallahassee, and Laura J. Lee, for Appellee Guardian Ad Litem Program.

PER CURIAM.

Affirmed.

NORTHCUTT, VILLANTI, and KHOUZAM, JJ., Concur.

————————————

Opinion subject to revision prior to official publication.